# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

     Plaintiff,

     v.

DOUGLAS BURGUM, Secretary of the Interior,

     Defendant.

Case No. 1:26-cv-00940

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 65.1, plaintiff Center for Biological Diversity hereby moves for a temporary restraining order ("TRO") enjoining Doug Burgum, the Secretary of the Interior, from convening the Endangered Species Committee as presently scheduled on **Tuesday, March 31, 2026**, or at any other time, without prior compliance with the Endangered Species Act ("ESA"). As detailed in the attached memorandum, the scheduled meeting is proceeding in violation of the ESA's public disclosure and substantive requirements, including, *inter alia*, section 7(e), (g)-(h), (l)-(m), 16 U.S.C. § 1536(e), (g)-(h), (l)-(m), and the ESA's implementing regulations, 50 C.F.R. Parts 450-453. As set forth in the memorandum, plaintiff has a substantial likelihood of success on the merits; plaintiff would suffer irreparable injury if a TRO is not granted; the issuance of a TRO will not substantially injure other interested parties; and the public interest would be furthered by issuance of a TRO. *Am. Foreign Serv. Ass'n v. Trump*, 766 F. Supp. 3d 25, 28 (D.D.C. 2025).

With respect to compliance with LCvR 65.1, a Justice Department attorney has entered an appearance on behalf of Secretary Burgum and hence will be receiving electronic service of

1

this motion and supporting papers. As a courtesy, plaintiff's counsel also provided defendant's counsel with advance notice that the motion would be filed.

DATED: March 19, 2026

Respectfully submitted

/s/ *Eric R. Glitzenstein*
Eric R. Glitzenstein (D.C. Bar No. 358287)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Phone: (202) 849-8401
Email: eglitzenstein@biologicaldiversity.org

/s/ *Brian Segee*
Brian Segee (CA Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
Phone: 805-750-8852
Email: bsegee@biologicaldiversity.org
Admitted *Pro Hac Vice*

/s/ *Kristen Monsell*
Kristen Monsell (D.C. Bar No. CA00060)
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Email: kmonsell@biologicaldiversity.org

/s/ *Lindsay E. Reeves*
Lindsay E. Reeves (La. Bar No. 32703)
Center for Biological Diversity
3436 Magazine Street, FRNT PMB
539 New Orleans, LA 70115
Phone: (504) 342-4337
Email: lreeves@biologicaldiversity.org
Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

## LOCAL RULE 65.1 CERTIFICATE

Pursuant to Local Rule 65.1(a), I certify that on March 19, 2026, actual notice of the time of making the temporary restraining order application, and copies of all pleadings and papers filed in the action to date or to be presented to the Court at the hearing, have been furnished to the adverse party through filing with the Clerk of the Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system. This actual notice has been provided to Sara Warren, sara.warren@doj.gov, Trial Attorney with the Department of Justice ENRD, who entered an appearance on behalf of Defendant, U.S. Secretary of the Interior Doug Burgum, on March 18, 2026 (ECF 7):

I further certify that copies of all initiating pleadings and papers filed in this action were transmitted on March 19, 2026, to Defendants via USPS mail to the following addresses:

**DEPARTMENT OF THE INTERIOR**
Attn: Doug Burgum
1849 C Street, NW, Washington, D.C. 20240;

**ATTORNEY GENERAL OF THE UNITED STATES**
Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

**UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**
Jeanine Ferris Perro
c/o Civil Process Clerk
United States Attorneys' Office
601 D Street, NW
Washington, D.C. 20579

/s/ *Brian Segee*
Attorney for Plaintiff

3

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.3, I hereby certify that on March 19, 2026, I filed the motion for temporary restraining order with the Clerk of the Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system.

s/ *Brian Segee*
Attorney for Plaintiff