**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS BURGUM, Secretary of the Interior, <br><br> Defendant. | Case No.: 1:26-cv-00940-RC |

**DECLARATION OF KRISTEN MONSELL**

I, Kristen Monsell, hereby declare as follows:

1.   I am counsel for Plaintiff Center for Biological Diversity in this case. I submit this declaration in support of Plaintiff's Motion for a Temporary Restraining Order. If called as a witness, I could and would competently testify to the matters set forth herein.

2.   Attached as Exhibit 1 is a true and correct copy of a March 16, 2026, Federal Register Notice entitled "Endangered Species Committee Meeting Announcement." I obtained a copy on the federal government's website here: https://govinfo.gov/content/pkg/FR-2026-03-16/pdf/2026-05242.pdf.

3.   Attached as Exhibit 2 is a true and correct copy of excerpts of the National Marine Fisheries Service's May 2025 Endangered Species Act Section 7 Biological Opinion on "Bureau of Ocean Energy Management and Bureau of Safety and Environmental Enforcement's Oil and Gas Program Activities in the Gulf of America." I obtained a copy on the federal government's website here: https://www.fisheries.noaa.gov/s3//2025-05/BOEM-BSEE-Gulf-of-America-Oil-and-Gas-Program-BiOp-5.20.25.pdf.

1

4.    Attached as Exhibit 3 is a true and correct copy of excerpts of the U.S. Fish and Wildlife Service's April 2018 Endangered Species Act Section 7 Biological Opinion on "the effects of proposed oil and gas leasing, exploration, development, production, decommissioning, and all related activities in the Gulf of Mexico (GOM) Outer Continental Shelf (OCS)." I obtained the copy as part of the administrative record in another lawsuit.

5.    Attached as Exhibit 4 is a true and correct copy of the U.S. Fish and Wildlife Service's March 2025 "Reinitiation of Endangered Species Act consultation for proposed oil and gas leasing, exploration, development, production, decommissioning, and all related activities in the Gulf of America." I obtained the copy as part of the administrative record in another lawsuit.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.


Executed this 19th day of March, 2026,

/s/ *Kristen Monsell*
Kristen Monsell (DC Bar No. CA00060)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
(510) 844-7137
kmonsell@biologicaldiversity.org