# EXHIBIT 1:

**March 2026 Federal Register Notice**

## DEPARTMENT OF THE INTERIOR

### Office of the Secretary

### Endangered Species Committee Meeting Announcement

**AGENCY:** Office of the Secretary, Interior.

**ACTION:** Notice of meeting.

**SUMMARY:** The Endangered Species Committee will meet regarding an Endangered Species Act exemption for Gulf of America Oil and Gas Activities.

**DATES:** March 31, 2026.

**SUPPLEMENTARY INFORMATION:**

Secretary of the Interior Doug Burgum, in his capacity as Chairman, has called a meeting of the Endangered Species Committee for Tuesday, March 31, 2026 at 9:30 a.m. at the Department of the Interior, 18th and C Streets NW, Washington, DC.

The Endangered Species Act Amendments of 1978 (Amendments) create the Endangered Species Committee, see Section 7(e)(1) of the Act. The Endangered Species Committee is made up of six permanent Federal members, the Secretary of the Interior, the Secretary of Agriculture, the Secretary of the Army, the Chairman of the Council of Economic Advisors, the Administrator of the Environmental Protection Agency, and the Administrator of the National Oceanic and Atmospheric Administration.

The Committee is meeting regarding an exemption under the Endangered Species Act with respect to oil and gas exploration, development, and production activities in the Gulf of America associated with the Bureau of Ocean Energy Management and the Bureau of Safety and Environmental Enforcement Outer Continental Shelf Oil and Gas Program.

The meeting will be open to the public through livestreaming on *https://youtube.com/live/iC3xyp4GxRE?feature=share.* The meeting will also be recorded and accessible at the *DOI.gov/live* events page for 60 days after the event.

**Christopher Danley,**

*Deputy Solicitor for Energy & Mineral Resources, Department of the Interior.*

[FR Doc. 2026–05242 Filed 3–13–26; 6:15 pm]

**BILLING CODE 4334–63–P**