**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS BURGUM, Secretary of the Interior,<br><br>    Defendant. | Case No.: 1:26-cv-00940 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR A TEMPORARY RESTRAINING ORDER**

This matter came before the Court on Plaintiff's Motion for a Temporary Restraining Order. After consideration of that motion and all related filings, it is hereby ORDERED that Plaintiff's motion is GRANTED.

It is further ORDERED that Doug Burgum, the Secretary of the U.S. Department of the Interior, is PROHIBITED and ENJOINED from convening the Endangered Species Committee as presently scheduled on Tuesday, March 31, 2026, or at any other time, until further order from this Court.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

1