**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>     Plaintiff,<br><br>     v.<br><br>DOUGLAS BURGUM, Secretary of the Interior,<br><br>     Defendant. | Case No.: 1:26-cv-00940-RC |

**NOTICE OF FILING**

Plaintiff Center for Biological Diversity respectfully submits this errata to Plaintiff's

Motion for Temporary Restraining Order, filed on March 19, 2026, at Docket No. 9. Plaintiff

inadvertently did not attach to the filing one of the declarations referenced in the Motion: the

Declaration of James Reeves. That declaration is attached to this errata.

Executed this 20th day of March, 2026,

/s/ *Eric Robert Glitzenstein*
Eric Robert Glitzenstein (D.C. Bar No. 358287)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Phone: (202) 849-8401
Email: eglitzenstein@biologicaldiversity.org

/s/ *Brian Segee*
Brian Segee (CA Bar No. 200795)
Admitted pro hac vice
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
Phone: 805-750-8852
Email: bsegee@biologicaldiversity.org

/s/ *Kristen Monsell*
Kristen Monsell (D.C. Bar No. CA00060)
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Email: kmonsell@biologicaldiversity.org

/s/ *Lindsay E. Reeves*
Lindsay E. Reeves (La. Bar No. 32703)
Admitted pro hac vice
Center for Biological Diversity
3436 Magazine Street, FRNT PMB 539
New Orleans, LA 70115
Phone: (504) 342-4337
Email: lreeves@biologicaldiversity.org

*Attorneys for Plaintiff*