**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

          Plaintiff,

v.

DOUGLAS BURGUM,

          Defendant.

Civil Case No.: 26-cv-00940-RC

**DECLARATION OF JAMES REEVES IN SUPPORT OF
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

I, James Reeves, declare as follows:

1.      I have personal knowledge of the statements in this declaration, and I could and would competently testify to these matters if called as a witness.

2.      I currently live in Pensacola Beach, Florida, which is also where I grew up, and New Orleans, Louisiana, splitting my time between the two. I work as an attorney and specialize in contractual litigation, handling insurance claims, corporate defense, and other matters in Louisiana, Mississippi, Alabama, and Florida.

3.      I have been a member of the Center for Biological Diversity since 2018. I support the Center because I share its mission in protecting wildlife and wild places and because I trust the organization to represent my interests. I often read their action alerts to inform my communications with decisionmakers about the issues I care about.

4.      I love getting outdoors and do so just about every day—whether it is for boating, paddleboarding, hiking, swimming, birdwatching, nature photography, or beachcombing. In fact, it is not an understatement to say that I live for these activities. My wife and I enjoy doing them together, exploring beaches, bays, and coastal waterways in Louisiana, Mississippi, Alabama, and Florida.

1

5.      I take walks on Pensacola Beach with my wife or my mother every day that I am at my home in Florida, regardless of the season. I make a point to collect trash on the beach every time I go.

6.      My wife and I visit the Gulf Islands National Seashore several times a week when we're in Florida, between Navarre and Fort Pickens. This year, we have hiked part of the Florida Scenic Trail at Fort Pickens many times for the purpose of seeing birds and wildlife. In March of 2026, we observed two great horned owlets that hatched at Fort Pickens, and we are excited to return throughout the spring to look for them as well as the seashore's resident bald eagle population and the numerous osprey that call the Fort Pickens area home. I plan to visit these areas of the Gulf Islands National Seashore on a monthly basis throughout 2026 and 2027.

7.      A few times each year, we take a boat or car across the pass for a hike or beach stroll around Fort McRee, Johnson Beach, and Perdido Key. We plan to make this trip in summer 2026. Some of our other favorite places to explore include Jean Lafitte National Preserve, tributaries of Lake Pontchartrain, and Dauphin Island, to name a few, and we plan to return to them throughout 2026.

8.      Boating is a major part of my life—something I have enjoyed since I was a child. I love all kinds—sailing, canoeing, kayaking, and motorboating—and I've owned various boats over the last two decades, including a Boston Whaler that my wife and I now have. We use the Whaler frequently every season, launching from Pensacola Bay. We also have two kayaks and love to paddle around nearby bays, tributaries, and waterways throughout the year, and we often rent kayaks or paddleboards during our travels and excursions along the Gulf Coast. Whether it is kayaking around Lake Pontchartrain or taking our Whaler up the intercoastal waterway all the way to the Alabama-Florida line, we live on the water and spend as much time as our schedules

allow on the boat or the beach, at least once or twice each month from the beginning of spring until the end of summer. I expect to continue using my boat in these waters regularly throughout 2026, including multiple trips in the upcoming spring and summer months.

9.    Any time that I boat or kayak, I look for marine life like dolphins, sharks, rays, and sea turtles. I frequently see dolphins and rays, which is always a captivating experience. If I'm on the water, I will stop paddling my kayak or turn off my boat engine to observe them.

10.    I feel fortunate to have seen rare marine animals like sea turtles and manatees many times (including in the Gulf Islands National Seashore and Fort Pickens area, which is an uncommon sighting). These form special, life-long memories. As an example, my wife and I were swimming at the point near Fort Pickens pass about six years ago when we saw a massive shadow moving quickly towards us in the water. At first, we thought it was a shark and began running through waist-high water to make it to shore, but then my wife turned and saw it was actually a huge manatee when it came up for air, and then it swiftly swam away. I have seen manatees many times when kayaking or paddleboarding in places like Key West, Fleming Key, Stock Island, and rivers in Florida, but seeing one in the Gulf surf was truly unique, and I have never seen one swimming at full speed. It was an incredible experience to share with my wife—a special memory we will always laugh about.

11.    In the warmer months, I enjoy seeing sea turtle nests when I walk along the beach and like to monitor their progress to see when they hatch. I also have a great affinity for seabirds. In the cooler months, I enjoy seeing the birds that overwinter on the beaches and often carry binoculars with me in hopes of viewing them. In addition to the enjoyment I get from viewing these special animals, just knowing that our home is also a shared habitat that is instrumental for the survival of sea turtles and seabirds brings me joy and a sense of calm.

12. Indeed, my wife and I regularly jog from our condo in the direction of Fort Pickens, and occasionally, we'll be accosted by least terns who will swoop close to our heads to run us off. While this is an aggressive demonstration, it's endearing to see these tiny, brave birds run off the potential threats to their nesting sites.

13. Having these kinds of encounters with manatees, birds, sea turtles, dolphins, and other wildlife is the main reason I get outdoors, and I would not see much of a point of continuing these activities if this chance was diminished or destroyed. Being out in nature is satisfying and enjoyable in itself, but, for me, the whole point is to look for and hopefully see a native animal in its habitat.

14. I am also an avid wildlife photographer, and marine and shore species are my favorite subjects. I have traveled throughout the United States and the world to view and photograph marine life and sea birds. For example, in November 2025, I traveled throughout the Galapagos Islands by boat and took nearly 10,000 photographs of birds and wildlife like frigate birds, hammerhead sharks, petrels, green sea turtles, and hawksbill sea turtles.

15. I enjoy whale watching and have traveled around the world to view whales for more than a decade, including to places like Big Sur and San Diego, California; Magdalena Bay, Mexico; Kenai Fjords National Park, Alaska; the Galapagos Islands, Ecuador; the Beagle Channel and Cape Horn, Chile.

16. I was excited to learn that the Gulf of Mexico was home to a resident whale, the Rice's Whale, especially when I learned it lived off the Florida and Louisiana coasts. On March 7, 2026, I attended the Gulf Coast Whale Festival on Pensacola Beach, Florida. This event celebrated the Rice's Whale. The Center for Biological Diversity had a booth at the festival, which I helped set up and attend. I was shocked to learn that there are only fifty Rice's Whales

left on the planet, especially because the threats to them like noise, oil spills, and ship strikes are completely avoidable. The Gulf Coast Whale Festival motivated me to go see and photograph the Rice's Whale, which I am planning to do on a deep sea charter to DeSoto Canyon or nearby waters in May 2026.

17. The health and biodiversity of the Gulf is an integral part of who I am: it is where I grew up, it is where I live, it is where I work, and it is where I play.

18. The experiences and activities associated the Gulf's wildlife add immense value to my quality of life, benefitting me in ways that are difficult to quantify or explain. They maintain and improve my physical health for one, but they also sustain and support my mental health in important and irreplaceable ways. I am a partner at a law firm—a demanding, stressful job—and getting out in nature provides a sense of peace and solitude that allows me to relax, unwind, and forget the troubles of the day.

19. I specialize in contractual litigation and have handled numerous disputes involving the oil and gas industry, including cases concerning blowouts, oil spills, and gas leaks. This has given me firsthand knowledge of the risks and damage that can result from offshore oil drilling in the Gulf—and I know the environment, my property, and my personal health are all at stake.

20. For example, I litigated some of the insurance claims associated with the 2010 Deepwater Horizon oil spill, which gave me a significant understanding of both the damage caused and how badly things were mishandled. I saw tar balls on the beach and could smell the stench of oil near the shore, but the things I knew through my work about the carcinogens and other toxic chemicals that couldn't been seen or smelled kept me out of and off of the water for an extended time, preventing me from doing the activities I so enjoy. It was strange and sad to

not be able to enjoy the beach in the way I have for my entire life, and, beyond those primary impacts, it also caused me a lot of distress and sorrow to know that both people and wildlife were suffering and dying. The spill killed thousands and thousands of animals, including sea turtles, seabirds, dolphins, fish, and others I enjoy seeing.

21.     For the last sixteen years, I had believed that the Deepwater Horizon incident was an extreme oil spill that would never be repeated, but that belief has been shaken by the announcement of Secretary Burgum on March 13, 2026 that the administration approved an ultradeep drilling project to 5,600 feet 250 miles off the Louisiana coast. I am deeply concerned that this project, coupled with other current proposals to open up vast new areas of the eastern Gulf to oil and gas drilling, including areas of southwest Florida coast which long under a drilling moratorium, will cause me to go through a devastating experience like the Deepwater Horizon spill again. And aside from increasing the odds for another massive spill, more oil drilling will definitely cause small spills, seeps, and other pollution that can have lethal, long-lasting impacts on wildlife, which also harms my interests in seeing sea turtles, seabirds, dolphins, manatees, and other animals. Increased vessel traffic and noise pollution will add to these impacts. These impacts will occur in or affect the same areas I personally use, including the Gulf Islands National Seashore, Fort Pickens, and waters accessible from Pensacola Bay

22.     I expect the government to follow the law, including the Endangered Species Act, to ensure the worst harms of offshore oil drilling are avoided. In my opinion, the Endangered Species Act is an important guard rail that protects the Gulf's biodiversity and the species there, like the critically endangered Rice's Whale, from the worst effects of oil and gas drilling. I was shocked and alarmed when I learned that on March 13, 2026, the U.S. Department of the Interior publicized that it intended to convene the Endangered Species Committee regarding an

6

Endangered Species Act exemption for oil and gas activities in the Gulf. The fact that it plans to convene this Committee without following the procedures required by the Endangered Species Act to obtain an exemption and without providing the public with the records supporting its decision is even more dismaying. Risking the health of the Gulf and its beaches to oil and gas development will put my personal interests, lifestyle, health, and values at great risk. Even if it does not cause another massive oil spill like Deepwater Horizon, such unchecked development will necessarily increase the possibility of small oil spills and leaks, air and water pollution, vessel traffic, and other impacts that negatively affect my ability to enjoy my property, wildlife, and the coastal environment.

23.     My personal aesthetic, recreational and spiritual interests in the wildlife that I love and repeatedly try to observe would be greatly harmed by an exemption from the Endangered Species Committee that sets back the conservation and recovery of these species. As I experienced during the Deepwater Horizon spill, these types of impacts can force me to avoid the water and coastal areas altogether. A court order enjoining these actions and requiring compliance with applicable laws would reduce the risk of spills, pollution, vessel traffic, and disruption to wildlife, and would help preserve my ability to continue using and enjoying these areas.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

7

Executed March 18, 2026 in New Orleans, Louisiana.

James Reeves