IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>Plaintiff,<br>v.<br>DOUGLAS BURGUM, Secretary of the Interior, et al.,<br>Defendants,<br>and<br>AMERICAN PETROLEUM INSTITUTE,<br>Intervenor-Defendant. | Civil Action No. 1:26-cv-00940-RC |

**NOTICE OF JOINDER IN DEFENDANTS' MOTION TO DISMISS**

Intervenor-Defendant American Petroleum Institute ("API") hereby gives notice that it joins and supports Defendants' Motion to Dismiss (ECF No. 24) and Reply in Support of Their Motion to Dismiss (ECF No. 30). Defendants' motion was filed on May 18, 2026 (ECF No. 24) and briefing in this matter concluded on June 29, 2026 (ECF No. 30). API was not granted intervenor status until October 5, 2026. ECF No. 31. API supports Defendants' motion and agrees that this case should be dismissed for the reasons stated in Defendants' motion and reply in support of their motion.

DATED: October 8, 2026.

STOEL RIVES LLP

*/s/ Jason T. Morgan*

RYAN P. STEEN, Bar No. 1615260
ryan.steen@stoel.com
JASON T. MORGAN, Bar No. 1615129
jason.morgan@stoel.com
Stoel Rives LLP
600 University Street, Suite 3400
Seattle, WA 98101
Telephone: 206.624.0900

*Attorneys for Intervenor-Defendant American Petroleum Institute*